AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TUSCAN DOWNS, INC., WALTER SCHNEIDER, )<br>and BECKY SCHNEIDER, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>THE CULINARY SCHOOL OF FORT )<br>WORTH, LLC, )<br>    Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:08-CV-584-F3** |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that the court hereby ALLOWS the Defendant's Motion to Dismiss for Improper Venue. This case hereby is DISMISSED without prejudice. The Clerk of Court is directed to close this case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 26, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

James T. Johnson (via CM/ECF Notice of Electronic Filing)
Reed J. Hollander (via CM/ECF Notice of Electronic Filing)
William Harding Latham (via CM/ECF Notice of Electronic Filing)
Leslie Lane Mize (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| August 26, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |